IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-06-226 |
| | § | CIVIL ACTION NO. H-09-1586 |
| | § | |
| GREGORY DARNELL PARKS, | § | |
| | § | |
| Defendant. | § | |

## ORDER TO RESPOND

The defendant has moved under 28 U.S.C. § 2255 to vacate his sentence. The United States must answer the motion by August 14, 2009.

The defendant filed a motion to proceed in forma pauperis, (Docket Entry No. 52), and a motion for appointment of counsel, (Docket Entry No. 51). The motions are granted. Marjorie Meyers, Esq., of the Federal Public Defender, is appointed to represent the defendant.

SIGNED on May 29, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge